UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,

    Plaintiff,

        v.                        Case No.  1:08cr142

Sang Jang,                        Judge Michael R. Barrett

    Defendant.

### ORDER

This matter is before the Court on Plaintiff's Motion to Continue (Doc. 35). There is no objection by the Defendant.

Sentencing in this matter is currently set for September 9, 2009. Counsel requests additional time to respond to the Sentencing Memorandum (Doc. 34) filed by Defendant.

Accordingly, the Motion is **GRANTED**. The sentencing will be continued to:

**September 22, 2009 at 2:00 pm in Courtroom 3, Room 836**

**IT IS SO ORDERED.**

                                          *s/Michael R. Barrett*
                                          Michael R. Barrett
                                          United States District Judge